FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2015 DEC -4 AM 8: 56

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

WILLIAM REID PENUEL

CASE NO. 3:15-cr-184-J-25MCR
Ct 1: 18 U.S.C. § 153
Ct 2: 18 U.S.C. § 1001(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between in or about March 2015 and in or about July 2015, at Duval County, Florida, in the Middle District of Florida,

WILLIAM REID PENUEL,

the defendant herein, an attorney, while serving and as the Chapter 7 Trustee in a bankruptcy proceeding titled In re Premier Bank Holding Company, Case No. 12-40550-KKS, then pending in the United States Bankruptcy Court in and for the Northern District of Florida, did knowingly and fraudulently use, embezzle, spend, transfer, and appropriate to the defendant's own use, property belonging to the estate of the debtor, to wit: funds of the bankruptcy estate held in a bank account at Branch Banking and Trust Company, numbered xxx2830.

In violation of Title 18, United States Code, Section 153.

## COUNT TWO

On or about August 19, 2015, at Duval County, Florida, in the Middle District of Florida,

WILLIAM REID PENUEL,

the defendant herein, did knowingly and willfully make a materially false, fictitious and fraudulent statement and representation in a matter within the jurisdiction of the Federal Bureau of Investigation, a department and agency of the United States, specifically, by telling a special agent of the Federal Bureau of Investigation that he (the defendant) had transferred or deposited funds from a bank account for the estate of a debtor in a bankruptcy proceeding, held at Branch Banking and Trust Company, numbered xxx2830, to an account he held at Ameris Bank, when, in truth and in fact, as the defendant then and there well knew, he had not transferred or deposited such funds into an account at Ameris Bank, and he did not own or hold an account at Ameris Bank.

In violation of Title 18, United States Code, Section 1001(a)(2).

TRUE BILL,

*Roy L Hul*
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Dale R. Campion
Assistant United States Attorney

By: _____
Julie Hackenberry
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

WILLIAM REID PENUEL

## INDICTMENT

Violations:

Ct 1:    18 U.S.C. § 153
Ct 2:    18 U.S.C. § 1001

A true bill,

_____
Foreperson

Filed in open court this __3rd__ day

of December, 2015.

_____
Clerk

Bail   $_____

GPO 863 525